UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)   Ronald Williams
Po Box  1789 60690

V.

Defendant(s)  James F Brook's & Assoc
Robert Austin & Ken Johnson
7150 Camelback RD Suit 415
fashion Square Mall

**08CV4070**
**JUDGE SHADUR**
**MAG.JUDGE MASON**

RECEIVED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT

My name is Ronald Williams this is my name and it has been use like toilet tissue in Arizona after, I filed suit on a Arizona cop, after one night, I was rear-ended playing one night at Livingston night club, I was taken to a Scottsdale hospital,

Afterward, I finished therapy at a chiropractor by the name of Forbes also in Scottsdale when, I finish I was introduce to a James F Brook's that took my case after he reviewed he also was in Scottsdale he said that I had a strong case, I gave Brook's two more cases which he said that he would also take,

One was a slip and fall in the Greenery Apartment, which the complex's was warn to fix's but didn't the other was a Mal-practice by a Doctor name Elliot Blau, both Brook's took on, I tried to get him to take mine case with the drivers Micheal Frakes but he wouldn't

I thought something was wrong with the that picture since then, I had been harassed from the cop's in my area of Tempe also by some fascist group's I had more than six Para-legal's which all had been either fired or left,

Then I got his assistant lawyer who name is Robert Austin and a paralegal who name is Ken Johnson, at the one of the deposition (Robert Austin) told me that, I wasn't getting jack shit at the deposition not one time did the cop show up not one time at the deposition or the arbitration

In the beginning, I ask Brook's to file with the State and the insurance company of the car that, I was a rear ended in, I was in the rear passenger seat of the car belonging to a married couple by the name of Mrs. and Mr. Michael Frakes the car was insuranced by company call 'casualty insurance

*Then this attorney Brook's told me to go to, neurologist doctor one of his friends, the accident report number 02-167440 this is the city of*

*Scottsdale the car that hit us was a Ford, plate number-G-483CM AZ State Plate, the investigating officer was Officer Bingham badge number ?740,*

*Police car Insured by the City of Scottsdale . There telephone is 480-312-5000. Driver officer*

*Crawford was badge number 807, he also "Scribble" his name so that I could not read it. The car that I*

*I was in the back seat of, when we where hit it was a green ford escort it was insured by Casualty Insurance Company, I got a*

*Lot of out of town visitors from L.A who were not to friendly I wonder why can someone out there tell me,*

*Michael Insurance company policy number 1021535210 dispositions number 30 No respell /Acquitted the policyholder was*

*Charles Michael Fakes date of birth 10/24/51 Last number Residential PO-box 903 Tempe AZ85080 the Judge was? M*

*The office that represented casualty insurance with Michael Frakes was D Smith I know this company was in California by the why I had a lot of visitors from that State after the accident*

*NO.CV2003-012063 arbitration award this was a three ring circus the Judge even shuck her head when she ask if the hitting officer was there, my Lawyer said no*

*The Judge name was {Carol A Colombo} and she was beautiful I file against him, when she ask me to speak, I told her that I ask my lawyer to file with both insurances he quickly jump up and said strike that from the record, I file on*

*James f Brooks for not giving me my damages, after arbitration he wanted me to lie*

*Against Frakes my driver, I ask him how long would, I have to wait he said three year it had already been close to three years already this lawyer was a crook.*

*(File # 04-1522) the Person who can shed some light on this is name Shawn C Berks for OTTMAR & assoc, Inc*

*I file with the state Bar of AZ because I did not receive any money for my Injuries but the gray star management settlement was cashed this accident was a slip and fall,*

*I sure the Ronald Williams VS Michael Fakes was cashed also, there was another one the doctor law suit a DR. Elliot Blau. Please Investigate? because James F brook's had all these cases*

*When I was ask to leave Arizona, I refused then my apartment was tampered with my dog was beaten then I was approached by someone who told me that, I couldn't win in Arizona that I should leave it alone, that someone gave me and airline ticket and wrote don't instructions*

Then told me not to get my dog nor my musical studio at my apartment nothing just leave but I went to take my dog to the kennel and left Arizona, there is more the same thing has fellow me from Arizona to Chicago with the harassment the false arrest by district 023 district where I was Arrested falsely twice from the same district 023 same crew once in 06 then when I filed with OPS the same crew came back to falsely arrested me again this time gave me a charge of cocaine charges that I had to get a lawyer for by the name of John Benson from Cabrini green who told me that he couldn't get the OPS reports

I said to myself this is wrong first my lawyer didn't show up for two of my court appearances' in the beginning then tells me that he couldn't get the OPS reports then he also string me along for five continues, so I got the OPS reports myself, gave to the judge and fired my attorney

That case also was dismiss, I do I have been victimizes because of the color of my skin and also my age, In Arizona and also here in my home town Chicago the reason because' The people I am referring to James F Brook's and Assoc could ! And nothing would be said or done about it

I have tried to get lawyers there in Arizona and also here but everything is class action one of the today administration ploy's I got a lot of conflict of interest and if it wasn't that it was everything has to go through procedures in AZ and Here in Chicago was are the real lawyers I cant find a honest one yet, and everything I have said is true ,

*I filed on Brook's for not giving me my damages, after arbitration he wanted me to lie against Frakes my driver, I ask him how long would I have to wait he said three year it had already been close to three years already this lawyer was a crook.*

(File # 04-1522) the Person who can shed some light on this is name Shawn C Berks for OTTMAR & assoc, Inc

*I file with the state Bar of AZ because I did not receive any money for my Injuries but the gray star management settlement was cashed this accident was a slip and fall,*

*I sure the Ronald Williams VS Michael Fakes was cashed also, there was another one the doctor law suit a DR. Elliot Blau. Please Investigate? because James F brook's had all these cases*

Ronald Williams

s,could do it and nothing would be said

*Ronald [signature]*