APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ronald Williams
(Please print)

STREET ADDRESS: Po Box 1789

CITY/STATE/ZIP: Chicago Illinois

PHONE NUMBER: 773-991-4034

CASE NUMBER:
08CV4070
JUDGE SHADUR
MAG. JUDGE MASON

_Ronald Williams_
Signature

01/17/08
Date

FILED
JUL 17 2008
JUL 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT