UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLI~
EASTERN DIVISION

Plaintiff(s) Ronald Williams

v.

Defendant(s) James F. Brooks & Assoc. Robert Austin & Ken Johnson

FILED
JUL 17 2008
JUL 17 2008
MICHAEL W. D~
CLERK, U.S. DISTRICT

Case Num: 08CV4070
JUDGE SHADUR
MAG. JUDGE MASON

MOTION FOR APPOINTMENT OF CO[UNSEL]

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Ronald Williams, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: I Have Contacted Lawyer to Represent Me Stan Hillier, Kevin Peters, Bert Alley Change there Mindy, As. Some Other

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Ronald Williams
Movant's Signature

07/17/08
Date

Po Box 1789, Zip 60690
Street Address

Chicago Ill. 60690
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐