UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ronald Williams
                    Plaintiff,
v.                                          Case No.: 1:08−cv−04070
                                            Honorable Milton I. Shadur
James F Brook's & Assoc, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. This Action is dismissed (without prejudice, however, to Williams' ability to pursue his claims in an appropriate venue and in an appropriate court within that venue.Motion for leave to proceed in forma pauperis[4] denied; Motion to appoint counsel [5] is denied as moot; Civil case terminated. MAiled notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.